UNITED STATES of America, Appellee,

v.

**Ricky Christian HORSTMAN, Appellant.**

No. 10–1077.

United States Court of Appeals, Eighth Circuit.

Submitted: July 21, 2010.

Filed: July 27, 2010.

David E. Woods, O'Fallon, MO, for appellant.

Lawrence E. Miller, Asst. U.S. Atty., Jefferson City, MO, for appellee.

Before Judges BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Ricky Horstman appeals the sentence the District Court[1] imposed after he pleaded guilty to one count of possession of child pornography. His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the court misapplied the Guidelines and imposed an unreasonable sentence. Upon careful review, we grant counsel's motion to withdraw, and we dis-

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

miss the appeal based upon an appeal waiver contained in Horstman's plea agreement. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.) (en banc) (holding that enforcement of an appeal waiver in a plea agreement is appropriate where the appeal falls within the scope of the waiver, the defendant entered into both the plea agreement and the appeal waiver knowingly and voluntarily, and enforcement of the waiver would not result in a miscarriage of justice), *cert. denied,* 540 U.S. 997, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003); *United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing an appeal waiver in an *Anders* case).